

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00139-CR
_____

DARIEL DESHAUN GREENWOOD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 21F1012-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

Appellant, Dariel Deshaun Greenwood, was convicted by a Bowie County jury of the offenses of burglary of a habitation and engaging in the organized criminal activity of burglary of a habitation, and he was sentenced to twenty years' incarceration for each charge, to run concurrently. *See* TEX. PENAL CODE ANN. §§ 30.02(c)(2), 71.02(b) (Supp.).[1]

The evidence shows that Greenwood and three other men traveled from Memphis to Texarkana with a plan to burglarize a home in search of "dope." A co-conspirator, Courtney Williams, testified that he soon after realized that there was more to the plan, including being paid to shoot someone. While in Texarkana, the group worked together to break into one man's home, while armed, tied the elderly occupant up on the floor, took items from his home, and fled. After burglarizing the first home, the group reconvened at a nearby house. They next went to an autobody shop, where one of the members of their group exited their vehicle, went and shot the victim, and fled back to their vehicle, where Greenwood drove the group away. Following the shooting, they stopped to change clothing, and then Greenwood met with someone at a gas station. The group then proceeded to the home of the shooting victim's wife and broke into and burglarized her home before the police arrived. Greenwood was arrested in a vehicle with Alexander, driving away from the area of the second burglary.

In his consolidated brief, Greenwood purports to address all of his convictions. Greenwood presents two issues in his brief, one solely related to the remuneration factor of his

---

[1]In companion cause number 06-24-00138-CR, Greenwood appeals his convictions for capital murder for remuneration and engaging in the organized criminal activity of capital murder. In companion cause number 06-24-00140-CR, Greenwood appeals from his conviction for engaging in the organized criminal activity of aggravated robbery with a deadly weapon.

2

capital murder charge, and the other a challenge to the continuity factor for all of his engaging in organized criminal activity convictions. For the reasons stated in our opinion in cause number 06-24-00138-CR, we find that there was legally sufficient evidence to support the continuity factor of the engaging in organized criminal activity conviction in this case. As a result, we affirm the trial court's judgment.[2]

Jeff Rambin
Justice

Date Submitted:    May 13, 2025
Date Decided:    May 30, 2025

Do Not Publish

---

[2]Greenwood does not challenge his conviction for burglary of a habitation. As a result, any issue regarding his burglary of a habitation conviction is waived. *See* TEX. R. APP. P. 38.1.